# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 67.174.205.103,<br><br>    Defendant. | Case Number: 4:21-cv-03685-JSW<br><br>Honorable Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for August 20, 2021, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until November 6, 2021 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference scheduled for August 20, 2021 is continued to ~~December 3, 2021~~ January 7, 2022 at 11:00 a.m.

**DONE AND ORDERED**.

Dated: July 29, 2021         By: *Jeffrey S White*
                                 United States District Judge
                                 Hon. Jeffrey S. White

1